| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 7 Mins | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | | REPORTER/FTR<br>FTR: 11/20/07 10:21:43-10:28:17 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>11/20/07 | | | NEW CASE ☐ | CASE NUMBER<br>4-07-70654-WDB |

### APPEARANCES

| DEFENDANT<br>BOBBY GUINTO | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Sara Rief for Stuart Hanlon | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Stephen Corrigan | | INTERPRETER<br>Int. not needed by the deft. | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | | PRETRIAL SERVICES OFFICER<br>Rich Sarlatte | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☒ PRELIM HRG<br>NOT HELD | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>6 Mins HELD |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>1 Min HELD BUT NOT COMPLETED | ☒ ARRAIGNMENT<br>NOT HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>11/28/07 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: HIS PRELIM. HRG./ARRAIGN. ON INDICTMENT | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Deft. also set next to appear bef. Mag. Judge Wayne D. Brazil on 12/19/07 AT 10:00 am for Prelim. Hrg./Arraign. or Further Status
The govt's atty. said that a lot of the invoices/transactions in this case were done on the computerized billing system nationwide and were electronically linked to the corporate office, the govt's atty. needs to have forensic experts examine the hard drives that were used by all defts. The govt's atty. asked the Court for a 1 month continuance to do their investigations - without objections from all the defts., request GRANTED.
cc: WDB's Stats

DOCUMENT NUMBER: