```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JEROME E. MATTHEWS
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant ALDY ANTONIO
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   No. CR- 4 07 70654 WDB
                                   )
12              Plaintiff,         )   STIPULATION AND [PROPOSED]
                                   )   ORDER MODIFYING CONDITIONS OF
13  vs.                            )   PRETRIAL RELEASE
                                   )
14  ALDY ANTONIO,                  )
                                   )
15              Defendant.         )
    _____ )
16
```

17    Aldy Antonio resides in Hercules, California. He is fully compliant with the terms of his

18 release, one of which restricts his travel to the Northern District of California. Mr. Antonio has

19 been providing in-home care services in Benicia, California, for Gary Matson for the past five

20 months. Mr. Antonio is employed by Robert Matson, a psychologist and the brother of Gary

21 Matson. Mr. Antonio wishes to continue his employment as an in-home care provider as it is his

22 only source of income.

23    For these reasons, IT IS STIPULATED AND AGREED that Mr. Antonio's travel

24 restriction be enlarged to include the Eastern District of California. He shall continue to abide by

25 all existing conditions of his release, and such other conditions as Pretrial Services deems

26 appropriate.

STIP/ORD                         1

1

2  Dated: January 8, 2008                                  /S/
                                                        _____
3                                                       STEPHEN G. CORRIGAN
                                                        Assistant United States Attorney

4

5  Date: January 7, 2008                                   /S/
                                                        _____
                                                        JEROME E. MATTHEWS
6                                                       Assistant Federal Public Defender

7
                                                           /S/
8  Dated: January 7, 2008                              _____
                                                        HENCE WILLIAMS
9                                                       U.S. Pretrial Services Officer

10

11      Good cause appearing therefor, IT IS ORDERED that the conditions of Aldy Antonio's

12  pretrial release are modified to permit him to travel within the Northern and Eastern Districts of

13  California.  Mr. Antonio shall continue to abide by the existing conditions of his release, and by

14  such other conditions as Pretrial Services deems appropriate.

15

16  Dated: January ____, 2008                          _____
                                                        WAYNE D. BRAZIL
17                                                      United States Magistrate Judge

18

19

20

21

22

23

24

25

26

STIP/ORD                                2